

# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

**ELEONORA MARIA LANZONE**
Email: elanzone@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

December 9, 2025

Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application **GRANTED**. Mr. Lusher's bail conditions shall be temporarily modified to allow him to travel to Poconos, PA between December 30, 2025, and January 4, 2026, so that he may vacation with his family. Mr. Lusher shall provide Pretrial Services with the adresess(es) he will be staying during his trip. The Clerk of Court is respectfully directed to close ECF No. 41. **SO ORDERED.***

*Dale E. Ho*
*United States District Judge*
*Dated: December 10, 2025*
*New York, New York*

Re:    **United States v. Arsen Lusher**
       **Docket No.1:25-cr-00373-DEH**

Your Honor:

The defense respectfully submits this letter, on behalf of defendant Arsen Lusher, to request – with no objections from the Government and Pretrial Services – that Mr. Lusher's bail conditions be temporarily modified in order to permit him to travel to Poconos, Pennsylvania, for the purpose of vacationing with his family between December 30, 2025 and January 4, 2026.

By way of background, Mr. Lusher was charged with violations of 18 U.S.C. §§ 1343 and 1028A on October 25, 2024, and was released that same day by the Honorable Gary Stein on conditions that he execute a $1 million personal recognizance bond, that such bond be secured and cosigned by three financially responsible people, and that his travel be restricted to the Southern District of New York, the Eastern District of New York, the District of New Jersey, and Florida.

The defense now asks that Mr. Lusher be permitted to travel to Poconos, Pennsylvania, between December 30, 2025 and January 4, 2026, to vacation with his family. If allowed, Mr. Lusher would travel by car and would stay at 5512 Route 447, Canadensis, PA 18325.

As referenced above, the defense has conferred with Pretrial Services Officer Nailah Green and Cassandra Barba who, given the defendant's consistent compliance, do not object to this application on behalf of their offices. Similarly, AUSA Joseph Rosenberg advised the defense that the Government defers to Pretrial's view, thus also not objecting.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

Eleonora Maria Lanzone

cc:    AUSA Joseph Rosenberg