# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

CHAD D. SEIGEL
Email: cseigel@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

February 26, 2026

Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED**.  The sentencing previously scheduled for March 25, 2026, is hereby adjourned to **April 24, 2026, at 3:30 p.m.**  Defendant's submissions are due by April 10, 2026.  Government's submissions are due by April 17, 2026.  The Clerk of Court is respectfully directed to close ECF No. 45.  **SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: February 26, 2026
New York, New York

Re:    **United States v. Arsen Lusher**
       **Docket No.1:25-cr-00373-DEH**

Your Honor:

The defense respectfully submits this letter on behalf of defendant Arsen Lusher to request an adjournment of approximately one month of his sentencing, currently scheduled for March 25, 2026, as well as all related submission deadlines.

This request is necessitated by defense counsel's commitments in other matters and resulting scheduling conflicts, including: (1) court-ordered depositions in *Joseph Cartagena v. Terrance Dixon, et al.*, 25-CV-5144 (JRR); and (2) preparation in an out-of-state matter scheduled for trial, *State of Arizona v. Leasa Yvonne Carter*, Dkt. No. CR2023-006554.  These obligations require additional time to adequately prepare Mr. Lusher's sentencing submission.

By way of background, this is the second request for an adjournment of sentencing.  The defense has conferred with Assistant United States Attorney Joseph Rosenberg, who takes no position on behalf of the Government.

Accordingly, the defense respectfully requests that the Court adjourn Mr. Lusher's sentencing and all related deadlines for approximately one month.

The Court's consideration is greatly appreciated.

Respectfully submitted,

Chad D. Seigel

cc:    AUSA Joseph Rosenberg