

**Tacopina Seigel** Trial Lawyers

TACOPINA SEIGEL & DEOREO

CHAD D. SEIGEL
Email: cseigel@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

April 21, 2026

Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application **GRANTED**. Defendant shall file a sur-reply in response to the Government's sentencing submission by **Wednesday, April 22, 2026**. The Clerk of Court is respectfully directed to close ECF No. 52. **SO ORDERED.***

*Dale E. Ho
United States District Judge
Dated: April 21, 2026
New York, New York*

Re:    **United States v. Arsen Lusher**
       **Docket No.1:25-cr-00373-DEH**

Your Honor:

The defense respectfully submits this letter on behalf of Defendant Arsen Lusher, pursuant to Rule 4(b) of Your Honor's Individual Rules and Practices in Criminal Cases, seeking permission to file a brief sur-reply in response to the Government's sentencing submission (Dkt. 50). This request is made in light of the need to address certain arguments and characterizations raised in the Government's letter in advance of Mr. Lusher's sentencing, currently scheduled for Friday, April 24, 2026, and to assist the Court in its consideration of the issues presented.

Accordingly, the defense respectfully requests that the Court grant leave to file a brief sur-reply.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

Chad D. Seigel

cc: AUSA Joseph H. Rosenberg